**Order entered June 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01470-CV

### SAM GRIFFIN FAMILY INVESTMENTS-I, INC.
### D/B/A BUMPER TO BUMBER CAR WASH, Appellant

### V.

### DALLAS CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-10450-H**

## ORDER

We **REINSTATE** this appeal.

In an order dated June 6, 2013, the Court ordered Gary Fitzsimmons, Dallas County District Clerk, to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. The Court received the requested supplemental clerk's record on June 12, 2013. Appellant's brief is due thirty days from the date of this order.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE